# No. 21-5581

## IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

**LOUIS BRIGGS,**

*Plaintiff-Appellant*

v.

**OFFICER KATELYN HOGAN; OFFICER RICHARD WILLIAMS; LOUISVILLE METRO GOVERNMENT**

*Defendants-Appellees*

On Appeal from the United States District Court
For the Western District of Kentucky
Civil Action No. 3:17-CV-00537-JRW-CHL

## ERRATA SHEET FOR APPELLANT'S BRIEF

Chad A Graham
Attorney At Law
539 W. Market Street, Ste 300
Louisville, KY 40202
(502) 438-7671

## CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons |
|---|---|---|---|---|
| Cover | 2 | "UNITESD" | UNITED | Typographic Error |
| 19 | 3 | Omitted in between the words "contains…excluding" | "4855 words" | Omission |

Chad A Graham, Esq.
539 W. Market Street
Suite 300
Louisville, KY 40202
(502) 438-7671
Chad@glawky.com
Counsel for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I electronically filed the foregoing Errata Notice in Case No. 21-5581 for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system, which shall send notification to all counsel of record.

Chad A Graham